# **EXHIBIT A**

List of Petitioners who have consented outright to extension motion:

| D.D.C. Civ. No. | ISN |
|---|---|
| 04-1194 | 232 |
| 04-1194 | 551 |
| 04-2046 | 190 |
| 05-0247 | 537 |
| 05-0270 | 552 |
| 05-0492 | 578 |
| 05-0634 | 549 |
| 05-0748 | 213 |
| 05-0998 | 653 |
| 05-1490 | 329 |
| 05-1592 | 1456 |
| 05-1623 | 753 |
| 05-2199 | 686 |
| 05-2386 | 893 |
| 05-2386 | 034 |
| 05-2387 | 696 |
| 06-1767 | 324 |
| 06-1767 | 691 |
| 08-1224 | 782 |