# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  ) | Misc. No. 08-0442 (TFH) |
| GUANTANAMO BAY  ) | |
| DETAINEE LITIGATION  ) | Civil Action Nos. |
|   ) | |
|   ) | 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1194, 04-cv-1254, |
|   ) | 04-cv-1937, 04-cv-2022, 04-cv-2046, 04-cv-2215, 05-cv-0023, |
|   ) | 05-cv-0247, 05-cv-0270, 05-cv-0280, 05-cv-0329, 05-cv-0359, |
|   ) | 05-cv-0492, 05-cv-0520, 05-cv-0526, 05-cv-0569, 05-cv-0634, |
|   ) | 05-cv-0748, 05-cv-0763, 05-cv-0764, 05-cv-0877, 05-cv-0879, |
|   ) | 05-cv-0883, 05-cv-0891, 05-cv-0892, 05-cv-0993, 05-cv-0994, |
|   ) | 05-cv-0998, 05-cv-0999, 05-cv-1048, 05-cv-1189, 05-cv-1124, |
|   ) | 05-cv-1220, 05-cv-1244, 05-cv-1347, 05-cv-1353, 05-cv-1429, |
|   ) | 05-cv-1457, 05-cv-1458, 05-cv-1487, 05-cv-1490, 05-cv-1493, |
|   ) | 05-cv-1497, 05-cv-1504, 05-cv-1506, 05-cv-1555, 05-cv-1592, |
|   ) | 05-cv-1601, 05-cv-1607, 05-cv-1623, 05-cv-1638, 05-cv-1645, |
|   ) | 05-cv-1646, 05-cv-1667, 05-cv-1678, 05-cv-1697, 05-cv-1971, |
|   ) | 05-cv-1983, 05-cv-2010, 05-cv-2088, 05-cv-2104, 05-cv-2185, |
|   ) | 05-cv-2199, 05-cv-2249, 05-cv-2349, 05-cv-2367, 05-cv-2371, |
|   ) | 05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2384, 05-cv-2385, |
|   ) | 05-cv-2386, 05-cv-2387, 05-cv-2444, 06-cv-0618, 06-cv-1668, |
|   ) | 06-cv-1675, 06-cv-1684, 06-cv-1690, 06-cv-1758, 06-cv-1765, |
|   ) | 06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338, |
|   ) | 08-cv-1104, 08-cv-1153, 08-cv-1185, 08-cv-1207, 08-cv-1221, |
|   ) | 08-cv-1223, 08-cv-1224, 08-cv-1228, 08-cv-1230, 08-cv-1232, |
|   ) | 08-cv-1233, 08-cv-1237, 08-cv-1238, 08-cv-1360, 08-cv-1440, |
|   ) | 08-cv-1733, 08-cv-1789, 08-cv-1805, 08-cv-1828, 08-cv-1923, |
|   ) | 08-cv-2019, 08-cv-2083 |
|   ) | |

## PROPOSED ORDER

It is hereby **ORDERED** that the Motion for Extension of Time filed by Respondents in the above-captioned cases on December 30, 2008 is **GRANTED**.[1]

Date: _____
United States District Judge

---

[1] To the extent that the Judge signing this Order is not the Coordinating Judge in these cases, the Order only applies to those cases assigned to the undersigned Judge.