UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARAF AL SANANI, et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )   Civil Action No. 05-2386  (RBW) |
| | ) |
| BARACK H. OBAMA, | ) |
| President of the United States, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On April 7, 2009, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session whereby eight petitioners with active habeas corpus petitions arising from the detention of the petitioners at the Guantanamo Bay Naval Base in Guantánamo Bay, Cuba, that are currently pending before the undersigned member of the Court will be transferred to the Honorable Royce C. Lamberth of this Court for all purposes.  In the interests of judicial economy, the Court has endeavored to select petitioners for transfer who have not yet appeared before this member of the Court or have done so on a limited number of occasions.  The Court adopted this approach in selecting petitioners to transfer to Chief Judge Lamberth so that those petitioners who have appeared before this member of the Court on multiple occasions and are acting in accordance with the rulings and practices of this member of the Court will not suffer further delay due to the reassignment of their habeas corpus petitions.

To that end, the Court has selected eight petitioners for transfer from the case styled as al Sanani v. Obama, Civil Action No. 05-2386 (RBW) (D.D.C.), for transfer to Chief Judge Lamberth: Ahmed Omar (ISN 30), Edress LNU (ISN 35), Abu Rawda (ISN 326), Aburrahman LNU (ISN 441), Mohammed Abdullah Taha Mattan (ISN 684), Adbal Razak Ali (ISN 685),

Mohammed Ahmed Slam al-Khateeb (ISN 689), and Shargowi LNU (ISN 1457).  As these are not the only petitioners in al Sanani, the Court will direct the Clerk of the Court to create a new civil case comprised of these eight petitioners, which will be assigned to Chief Judge Lamberth for all purposes.  The Court will further direct the Clerk of the Court to terminate the transferred petitioners in al-Sanani.

Accordingly, it is

**ORDERED** that the Clerk of the Court shall create a new civil action comprised of the eight petitioners listed above.  It is further

**ORDERED** that any filing made by the eight petitioners listed above in al Sanani v. Obama, Civil Action No. 05-2386 (RBW) (D.D.C.), shall be deemed to be a part of the record in the new civil action to be created by the Clerk of the Court, and that the Clerk of the Court shall endeavor to copy such filings into the docket for the newly-created case as soon as is practicable.  It is further

**ORDERED** that the newly-created civil action comprised of the of the eight petitioners listed above shall be assigned to the Honorable Royce C. Lamberth of this Court.  It is further

**ORDERED** that upon the creation of the new civil action described in the preceding decretal paragraphs, the Clerk of the Court shall terminate the eight petitioners listed above as parties in this case.

**SO ORDERED** this 21st day of April, 2009.

REGGIE B. WALTON
United States District Judge
