UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDRESS LNU (ISN 035), | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-745 (RCL) |
| | ) | |
| BARACK H. OBAMA, President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is petitioner's Motion [1167] to Continue Deadline to Respond to Respondents' Motion to Dismiss Due to Lack of Direct Authorization of Representation.  The Court hereby GRANTS petitioner's unopposed Motion to Continue; petitioner's opposition shall be due on June 29, 2009.

However, transfer of this case to this judge does not affect any other deadline set by prior Court order.  Counsel has no basis for his "belief . . . that the orders of Judge Walton previously setting deadlines are no longer applicable to the instant case."  (Pet'r's Mot. at 2–3.)

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on May 13, 2009.