## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

**MOHAMMED ABDULLAH TAHA MATTAN (ISN 684),**

Petitioner,

v.

**BARACK H. OBAMA, President of the United States,** *et al.*,

Respondents.

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 09-745 (RCL)

</td></tr>
</table>

## ORDER

It is hereby

ORDERED that the June 15, 2009 deadline for respondents' Opposition to petitioner's Motion for Expedited Judgment is STAYED in order to allow the Court to rule upon respondents' pending motion to stay petitioner's case (filed June 10, 2009).

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on June 11, 2009.