IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

|  |  |
|---|---|
| IN RE:  )<br>GUANTÁNAMO BAY  )<br>DETAINEE LITIGATION  )<br>  )  | Misc. No. 08-442 (TFH) |
| ABDUL RAHMAN AHMED,  )<br>  a/k/a ABDUL AL RAHMAN AL ZIAHRI,  )<br>  a/k/a ABDURAHMAN LNU,  )<br>  )<br>      Petitioner,  )<br>  )<br>v.  )<br>  )<br>BARACK OBAMA,  )<br>President of the United States, *et al.*,  )<br>  )<br>      Respondents.  )  | Civil Action No. 09-745 (RCL) |

**ORDER LIFTING STAY**

On April 29, 2009, this Court stayed the habeas proceedings for Abdul Rahman Ahmed, a/k/a Abdul Al Rahman Al Ziahri, a/k/a/ Abdurahman LNU, at the joint request of the parties. Counsel for Mr. Ahmed filed a Motion to Lift the Stay on June 18, 2009, in light of the recent verbal authorization from Mr. Ahmed to proceed with the habeas action. Respondents do not oppose petitioner's motion.

Therefore, is ORDERED that the stay be lifted. A status conference shall be promptly scheduled to set dates for further proceedings herein.

IT IS SO ORDERED.

___/s/___July 8, 2009_____
JUDGE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE