IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHARGOWI LNU, *et al.*, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 09-745 (RCL) |
| BARACK H. OBAMA, President of the United States, *et. al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Petitioner Shargowi LNU (ISN 1457) to File his Reply in Support of his Motion for Discovery, it is hereby ordered that said motion be and hereby is **GRANTED.** Petitioner shall file his Reply in Support of his Motion for Discovery on or before July 20, 2009.

          /s/   July 8, 2009
Royce C. Lamberth, Chief Judge
United States District Court
for the District of Columbia