# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: )<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>_____)<br> )<br>ABDUL RAHMAN AHMED, )<br>  a/k/a ABDUL AL RAHMAN AL ZIAHRI,)<br>  a/k/a ABDURAHMAN LNU, )<br> )<br>            Petitioner, )<br>     v. )<br> )<br>BARACK OBAMA, *et al.*, )<br> )<br>            Respondents. )<br>_____) | Misc. No. 08-442(TFH)<br><br><br><br><br><br>Civil Action No. 09-0745 (RCL) |

## ORDER

Upon consideration of Petitioner's Unopposed Motion for a Stay, it is hereby

**ORDERED** that Petitioner's Unopposed Motion for a Stay is GRANTED.  It is further

**ORDERED** that this case is STAYED indefinitely.  It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect during the period of the stay.  It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving party gives the non-moving party written notice the (10) days prior to the date of filing the motion.

Date: \_\_8/18/2009_____                                 \_\_/s/\_\_\_Royce C. Lamberth_____
                                                                                        UNITED STATES DISTRICT JUDGE