**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **MOHAMMED AHMED SLAM** ) | |
| **AL-KHATEEB (ISN 689),** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 09-745 (RCL)** |
| ) | |
| **BARACK OBAMA,** ) | |
| **President of the United States,** _et al._**,** ) | |
| ) | |
| **Respondents.** ) | |
| _____) | |

### <u>ORDER</u>

Upon consideration of respondent's Unopposed Motion to Suspend Certain Scheduled

Dates, it is hereby

ORDERED that the motion is DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 1, 2009.