UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY,** a/k/a Ahmed Omar (ISN 30)<br><br>Petitioner,<br><br>v.<br><br>**BARACK OBAMA,** *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 09-745 (RCL) |

## ORDER

The Court conducted a status conference in this matter on September 30, 2009. In accordance with that proceeding, it is hereby

ORDERED respondents provide their complete discovery within thirty (30) days of this Order; it is further

ORDERED that petitioner shall file his traverse within sixty (60) days of respondents' final disclosures; and it is further

ORDERED that the parties propose a schedule for judgment on the record within fourteen (14) days of the filing of petitioner's traverse.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 30, 2009.