IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA, *et al.*, ) <br> ) <br> Respondents. ) <br> _____ ) | Civil Action No. 09 -745 (RCL) |

**ORDER**

Upon consideration of Respondents' Consent Motion for Enlargement of Time to Respond to the Discovery Order entered September 4, 2009, it is hereby

ORDERED that the Respondents are allowed until November 4, 2009, to complete the ordered discovery.

SO ORDERED.


Date: 10/5/2009                                                      ____/s/_____
                                                                                  ROYCE C. LAMBERTH
                                                                                  UNITED STATES DISTRICT JUDGE