UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IDRIS AHMAD ABDU QADIR IDRIS** (ISN 35), ) ) ) Petitioner, ) ) v. ) ) **BARACK OBAMA,** President of the United States, *et al.*, ) ) Respondents. ) | Civil Action No. 09-cv-745 (RCL) |

## ORDER

Upon consideration of respondents' Motion [1160] to Dismiss, petitioner's Motion [1241] for Direct Contact with Client, Motion [1242] to Compel Discovery Regarding Competence, Knowledge, and Voluntariness, and Motion [1245] for an Expedited Ruling on Petitioner's Motion for Direct Contact with Client, the oppositions and replies thereto, the applicable law, and the entire record herein, it is hereby

ORDERED that respondents' motion is GRANTED; it is further

ORDERED that petitioner's motions are DENIED; and it is further

ORDERED that the petitioner for writ of *habeas corpus* is DISMISSED without prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on October 6, 2009.