UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDAL RAZAK ALI (ISN 685),  )<br>  )<br>Petitioner,  )<br>  )<br>v.  )<br>  )<br>BARACK OBAMA, *et al.*,  )<br>  )<br>Respondents.  )<br>  ) | Civil Action No. 09-745 (RCL) |

## ORDER

Upon consideration of petitioner's Motion [1292] for an Order to Show Cause,[1] the opposition and reply thereto, the applicable law, and the entire record herein, it is hereby

ORDERED that petitioner's motion is GRANTED; it is further

ORDERED that petitioner's counsel shall file under seal a proposed factual return for public filing. The proposed return should highlight the publicly available information that respondents have redacted. It is further

ORDERED that respondents show cause in a memorandum in response to petitioner's proposed return within seven (7) days. The memorandum shall provide specific reasons why respondents seek to withhold the information from the public factual return as protected. Any reply by petitioner shall be filed within five (5) days thereafter.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on November 9, 2009.

---

[1] As stated in the accompanying Memorandum Opinion, petitioner seeks a Motion for a Rule to Show Cause, which this Court construes as a Motion for an Order to Show Cause.