IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 09 -745 (RCL) ) |
| BARACK OBAMA, *et al.*, | ) ) ) |
| Respondents. | ) ) |

**ORDER**

Upon consideration of Respondents' Consent Motion for Further Enlargement of Time to Respond to the Discovery Order entered September 4, 2009, it is hereby

ORDERED that the Respondents are allowed until November 25, 2009, to complete the ordered discovery.

SO ORDERED.

Date: 11/9/2009                                              _____/s/_____
                                                                        ROYCE C. LAMBERTH
                                                                        UNITED STATES DISTRICT JUDGE