IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK OBAMA, *et al.*, )<br>)<br>Respondents. )<br>_____) | Civil Action No. 09 -745 (RCL) |

**ORDER**

Upon consideration of Respondents' Consent Motion for Further Enlargement of Time to Respond to the Discovery Order entered September 4, 2009, it is hereby

ORDERED that the Respondents are allowed until December 15, 2009, to complete the ordered discovery.

SO ORDERED.

Date: 11/30/2009                                     _____/s/_____
                                                              ROYCE C. LAMBERTH
                                                              UNITED STATES DISTRICT JUDGE