UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDAL RAZAK ALI (ISN 685),** )<br>)<br>**Petitioner,** )<br>)<br>v. )<br>)<br>**BARACK OBAMA,** )<br>**President of the United States,** *et al.*, )<br>)<br>**Respondents.** )<br>) | Civil Action No. 09-cv-745 (RCL) |

## ORDER

Before the Court are petitioner's Motion [1316] for Additional Discovery, respondents' Motion [1324] for Extension of Time to Respond to Petitioner's Discovery Request and to File Respondents Motion for Judgment on the Record, respondents' Consent Motion [1345] for Second Extension of Time to Respond to Petitioner's Proposed Factual Return for Public Filing, and respondents' Motion [1347] for Extension of Time to Respond to Petitioner's Proposed Factual Return for Public Filing.  Upon consideration of the motions, the oppositions and replies thereto, the applicable law, and the entire record herein, it is hereby

ORDERED that respondents' motion [1324] for extension of time to respond to petitioner's discovery requested is GRANTED *nunc pro tunc*; it is further

ORDERED that respondents' opposition filed on October 28, 2009 shall be deemed timely filed; it is further

ORDERED that pursuant to the Case Management Order, as amended by Judge Walton [797], respondents' motion for judgment on the record is due within fourteen days of this Order, and petitioner's opposition and, if appropriate, cross-motion for judgment on the record is due

fourteen days thereafter; it is further

ORDERED that petitioner's motion [1316] for additional discovery is DENIED for failure to comply with Rule 7(m) of the Local Civil Rules; it is further

ORDERED that respondents' consent motion [1345] for second extension of time to respond to petitioner's proposed factual return for public filing is GRANTED *nunc pro tunc*; and it is further

ORDERED that respondents' motion [1347] for extension of time to respond to petitioner's proposed factual return for public filing is GRANTED.  Respondents shall have until January 18, 2010 to respond to petitioner's proposed factual return.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on January 5, 20010.