UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY a/k/a AHMED OMAR (ISN 30), ) ) ) ) ) Petitioner, ) ) v. ) ) BARACK H. OBAMA, *et al.*, ) ) Respondents. ) ) | Civil Action No. 09-745 (RCL) **FILED** JAN 1 8 2011 Clerk, U.S. District and Bankruptcy Courts |

## ORDER

Before the Court is petitioner's Unopposed Motion for a Stay [1432]. It is hereby

ORDERED that the parties meet and confer and provide a current status report to the Court within 14 days of this Order.

**SO ORDERED** this 14th day of January 2011.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court