IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARQAWI ABDU ALI AL-HAJJ, )
)
Petitioner, )
) Civil Action No. 09-745 (RCL)
v. )
)
BARACK OBAMA, et al., )
)
Respondents. )
)

[~~PROPOSED~~] ORDER

Upon consideration of Respondents' Consent Motion for Enlargement of Time to Respond to the Petitoner's Motion to Strike Statements from the factual Return, it is hereby

ORDERED that the the time allowed for Respondents to file their Opposition to said motion is enlarged until February 4, 2011.

SO ORDERED.

Date: 1/14/11

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE