UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN SA'ADOUN ALSA'ARY a/k/a AHMED OMAR (ISN 30), | )<br>)<br>)<br>) |
| Petitioner, | ) Civil Action No. 09-745 (RCL) |
| v. | ) |
| BARACK H. OBAMA, *et al.*, | ) |
| Respondents. | ) |

## ORDER

Before the Court is Donna Grill's Motion [1495] to Withdraw as Counsel in this matter. It is hereby

ORDERED that Ms. Grill's motion [1495] is GRANTED.

SO ORDERED this 11th day of March 2011.

ROYCE C. LAMBERTH
Chief Judge
United States District Court