IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ (ISN 1457), | )<br>)<br>) |
| Petitioner, | )<br>)<br>) |
| v. | ) Civil Action No. 09-745 (RCL)<br>) |
| BARACK OBAMA, et al. | )<br>)<br>) |
| Respondents. | )<br>) |

## [PROPOSED] ORDER

Before the Court is Respondents' Motion for Leave to Amend the Factual Return. Having considered the arguments of counsel and being fully advised in the premises, it is

**ORDERED** that the Motion for Leave to Amend the Factual Return be, and hereby is, **GRANTED**.

**SO ORDERED** this 11th day of March 2011.

Royce C. Lamberth
ROYCE C. LAMBERTH
Chief Judge