UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULLAH TAHA MATTAN    :
                                  :
            Petitioner,           :
                                  :
v.                                :    Civil Action No.
                                  :    09-745 (RCL)
BARACK H. OBAMA, *et al.*,        :
                                  :
            Respondents.          :

[~~PROPOSED~~] ORDER

Upon consideration of Respondents' motion to deem information highlighted in the proposed public factual return for ISN 684 protected, it is HEREBY ORDERED that the Motion is GRANTED to the extent that the information identified by Respondents with green highlighting in the version of the factual return submitted under seal is deemed protected pursuant to paragraphs 10 and 34 of the Protected Order governing this proceeding.

IT IS FURTHER ORDERED that Respondents' motion and the factual return shall remain filed under seal; and a public version of the factual return shall not be filed at this time.

IT IS SO ORDERED.

Date: 6/01/11

Royce C. Lamberth
United States District Judge

FILED
JUN - 2 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PHDATA 3374330_1