UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHARQAWI ABDU ALI AL-HAJJ )
(ISN 1457), )
)
Petitioner, )
) Civil No. 09-745 (RCL)
v. )
)
BARACK OBAMA, *et al.*, )
)
Respondents. )

## ORDER

Before the Court is respondents' ex parte motion [1520] regarding potentially exculpatory material, filed pursuant to section I.F of the Case Management Order. The statements to which this material pertains will be stricken from the record by an Order issued on this date. Accordingly, there is no need for the Court to consider whether the material is exculpatory. It is thus hereby

ORDERED that respondents' ex parte motion regarding potentially exculpatory material is DENIED as moot.

SO ORDERED.

5/23/11
DATE

ROYCE C. LAMBERTH
CHIEF JUDGE