IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 2 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| AHMED ADNAN AJAM, ISN 326<br>    Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, et al.,<br><br>    Respondents. | Civil Action No. 09-cv-00745 (RCL) |

## [PROPOSED] ORDER

Having considered Petitioner's response to Respondents' sealed motion (Doc. 1532), and his unopposed motion to seal the proposed public factual return, and the entire record, it is hereby

ORDERED, that Petitioner's unopposed motion to seal the proposed public factual return is granted.

SO ORDERED.

_____
ROYCE C. LAMBERTH
United States District Judge

DATED: June 21, 2011.