IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG - 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ (ISN 1457), | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| BARACK OBAMA, et al., | ) ) |
| Respondents. | ) ) ) |

Civil Action No. 09-cv-745 (RCL)

## ORDER

Upon consideration of Respondents' Unopposed Motion for Relief from the Court-Ordered Deadline to File an Unclassified Version of the Amended Factual Return, the Court:

**ORDERS** that the motion is **GRANTED**; and

**ORDERS** that Respondents shall have until October 4, 2011, to complete processing the amended factual return and to serve on Petitioner's counsel a proposed public return in which Respondents seek to deem information "protected."

**SO ORDERED**

Dated: 8/4/11

_____
United States District Judge