## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NADIR OMAR ABDULLAH BIN, SA'ADOUN ALSA'ARY a/k/a AHMED OMAR, | ) ) ) ) |  |
| Petitioner, | ) | Civil Action No. 09-0745 (RCL) |
| v. | ) ) |  |
| BARACK OBAMA, *et al.*, | ) ) | **FILED** |
| Respondents. | ) | SEP - 1 2011 |

[~~PROPOSED~~] ORDER

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

This matter coming before the Court on Petitioner's Status Report/Unopposed Motion to
Continue Stay, and having considered the entire record, the Court finds that the motion should be
GRANTED.

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report
no later than November 1, 2011. It is further

**ORDERED** that Petitioner's Unopposed Motion to Continue Stay is GRANTED. It is
further

**ORDERED** that this case is STAYED indefinitely. It is further

**ORDERED** that the Protective Order entered on September 11, 2008 remain in effect
during the period of the stay. It is further

**ORDERED** that the parties may move the Court to lift the stay provided the moving
party gives the non-moving party written notice the (10) days prior to the date of filing the
motion.

Date: _8/30/11_

_Roger C. Lamberth_
UNITED STATES DISTRICT JUDGE