UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ, *et al.* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>BARACK H. OBAMA, )<br>President of the United States, *et al.*, )<br>)<br>Respondents. )<br>_____ ) | Civil Action No. 1:09-cv-00745 (RCL)<br><br>**FILED**<br>OCT 28 2011<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

[~~PROPOSED~~] ORDER

Upon consideration of Petitioner Sharqawi Abdu Ali Al-Hajj (ISN 1457)'s Unopposed Motion to Enlarge Time to Respond to Motion for Expedited Judgment, which Respondents do not oppose, and the record herein, it is hereby ordered that the Motion for Enlargement of time is DENIED as moot ~~GRANTED, and the Petitioner shall have until after the Court rules on~~ since the Court has granted this date the Motion for Voluntary Dismissal, being filed on the same date, ~~to respond to Respondents' Motion for Expedited Judgment.~~

SO ORDERED.

10/27/11
DATE

ROYCE C. LAMBERTH
CHIEF JUDGE

3