UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ, *et al.*   )<br>)<br>Petitioners,   )<br>)<br>v.   )<br>)<br>BARACK H. OBAMA,   )<br>President of the United States, *et al.*,   )<br>)<br>Respondents.   )<br>_____) | Civil Action No. 1:09-cv-00745 (RCL)<br><br>**FILED**<br>OCT 2 8 2011<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

[~~PROPOSED~~] ORDER 

Upon consideration of the Joint Motion to Dismiss Without Prejudice Petitioner Sharqawi Abdu Ali Al-Hajj (ISN 1457)'s Petition for Writ of Habeas Corpus, and the record herein, it is hereby,

ORDERED that the Petition for Writ of Habeas Corpus by Petitioner Sharqawi Abdu Ali Al-Hajj (ISN 1457) be and hereby is DISMISSED without prejudice.

SO ORDERED.

Dated: 10/27/11

ROYCE C. LAMBERTH
CHIEF JUDGE

3