UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARQAWI ABDU ALI AL-HAAG., et al ) <br> ) <br> Petitioners, ) <br> ) <br> v. ) <br> ) <br> BARACK H. OBAMA, ) <br> President of the United States, et. al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 1:09-cv-00745 (RCL) <br><br> **FILED** <br><br> AUG 3 0 2012 <br><br> Clerk, U.S. District and Bankruptcy Courts |

[~~PROPOSED~~] ORDER GRANTING PETITIONER SHARQAWI ABDU ALI AL-HAAG'S (ISN 1457) ENLARGEMENT OF TIME TO RESPOND TO RESPONDENTS' MOTION FOR LEAVE TO FILE MOTION FOR EXPEDITED JUDGMENT

[1565]

Upon consideration of Petitioner Sharqawi Abdu Ali Al-Haag's Motion for Enlargement of Time to Respond to Respondents' Motion For Leave to File Motion for Expedited Judgment, which is unopposed, and the record herein, it is this hereby ordered that the Motion for Enlargement of Time to Respond is hereby GRANTED, and Petitioner shall have until September 7, 2011 to respond to Respondents' Motion for leave to File Motion for Expedited Judgment, nunc pro tunc, and the response filed that date shall be deemed timely.

SO ORDERED.

Dated: 8/28/12

ROYCE C. LAMBERTH
CHIEF JUDGE