# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN,
SA'ADOUN ALSA'ARY a/k/a AHMED
OMAR,

    Petitioner,

 v.

BARACK OBAMA, *et al.*,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 09-0745 (RCL)

**FILED**

SEP - 4 2012

Clerk, U.S. District and
Bankruptcy Courts

## [PROPOSED] ORDER

This matter coming before the Court on Petitioner's Motion for Extension of Time to File Status Report, and having considered the entire record, the Court finds that the motion should be GRANTED.

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report no later than November 2, 2012.

Date: 8/31/12

UNITED STATES DISTRICT JUDGE