IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN, )
SA'ADOUN ALSA'ARY a/k/a AHMED )
OMAR, )
                    Petitioner, )    Civil Action No. 09-0745 (RCL)
v. )

BARACK OBAMA, et al., )
                    Respondents. )

[~~PROPOSED~~] ORDER

This matter coming before the Court on Petitioner's Status Report, and having considered the entire record;

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report no later than January 15, 2013.

Date: 11/6/12

_____
UNITED STATES DISTRICT JUDGE