## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHARQAWI ABDU ALI AL-HAJJ (ISN 1457) | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 09-745 (RCL) |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

### STIPULATION AND ORDER REGARDING
### PETITIONER'S CONTINUED ACCESS TO COUNSEL

WHEREAS this case was terminated pursuant to the Court's Order of October 27, 2011, dismissing Petitioner Sharqawi Abdu Ali al-Hajj's petition for writ of habeas corpus without prejudice;

WHEREAS Petitioner wishes to maintain access to counsel on the terms provided in the Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, issued by Judge Hogan on September 11, 2008, *In re:  Guantanamo Bay Detainee Litig.,* Misc. No. 08-442 (TFH) (Dkt. No. 235), and entered in this case on the same date (Dkt. No. 573) (hereinafter, the "Protective Order"); and

WHEREAS respondents do not object to Petitioner's continued access to counsel on the terms provided below,

IT IS HEREBY STIPULATED AND ORDERED THAT:

1.      The Protective Order shall remain in effect and continue to govern Petitioner's access to counsel while he remains confined at Guantanamo Bay and has the right to seek

further relief by habeas corpus, whether or not he actually continues to have a petition pending before the Court.

2.     This Stipulation and Order is without prejudice to the parties' rights to seek to set aside, modify, or otherwise obtain relief from any provision herein or of the Protective Order on any ground which could be or could have been raised at any time.

3.     This Stipulation and Order supersedes the parties' Memorandum of Understanding Governing Continued Contact Between Counsel/Translator and Detainee Following Termination of The Detainee's Habeas Case executed by counsel for Petitioner on August 13, 2012.

4.     The Court shall retain jurisdiction to enforce the terms of this Stipulation and Order.

SEEN AND AGREED TO:

*/s/ John A. Chandler*
John A. Chandler
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100


Attorney for Petitioner

STUART F. DELERY
Principal Deputy Asst. Attorney General

IAN GERSHENGORN
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY HENRY
JAMES G. GILLIGAN
Assistant Branch Directors


*/s/ Scott D. Levin*
ANDREW I. WARDEN
SCOTT D. LEVIN

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
(202) 616-5084
Fax: (202) 305-2685
Attorneys for Respondents

So ORDERED this _____20th_____ day of _____March_____, 2013.

_____
UNITED STATES DISTRICT JUDGE