UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED ABDULLAH TAHA MATTAN :
(ISN 684)                     :
                              :
                   Petitioner, :
                              :
       v.                     :     Civil Action No.
                              :     09-cv-0745 (RCL)
BARACK H. OBAMA, *et al.*,    :
                              :
                   Respondents. :

## ORDER

The Motion for *Pro Hac Vice* Admission of Lauren Carasik, Esq., as co-counsel to Petitioner in the above-captioned matter is hereby Granted.

_3/20/13_          _Royce C. Lamberth_
Date               Judge