IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN, )
SA'ADOUN ALSA'ARY a/k/a AHMED )
OMAR, )
)
Petitioner, )   Civil Action No. 09-0745 (RCL)
v. )
)
BARACK OBAMA, et al., )
)
Respondents. )

[~~PROPOSED~~] ORDER

Upon consideration of Petitioner's Unopposed Motion to Continue Stay, it is hereby

ORDERED that Petitioner's Unopposed Motion to Continue Stay is GRANTED. It is further

ORDERED that this case is STAYED until July 15, 2013. It is further

ORDERED that the Protective Order entered on September 11, 2008 remain in effect during the period of the stay. It is further

ORDERED that the parties may move the Court to lift the stay provided the moving party gives the non-moving party written notice the (10) days prior to the date of filing the motion.

Date: 4/10/13

_____
UNITED STATES DISTRICT JUDGE