IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADIR OMAR ABDULLAH BIN, SA'ADOUN ALSA'ARY a/k/a AHMED OMAR, <br><br> Petitioner, <br><br> v. <br><br> BARACK OBAMA, *et al.*, <br><br> Respondents. | Civil Action No. 09-0745 (RCL) |

[~~PROPOSED~~] ORDER

This matter coming before the Court on Petitioner's Status Report, and having considered the entire record;

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report no later than July 15, 2013.

Date: 4/10/13

_____
UNITED STATES DISTRICT JUDGE