IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ADNAN MOHAMMAD AHJAM (ISN 326), ) ) ) ) Petitioner, ) ) v. ) ) BARACK OBAMA, *et al.* ) ) Respondents. ) ) | Civil Action No. 09-745 (RCL) |

[~~PROPOSED~~] ORDER

Upon consideration of Respondent's Unopposed Motion for Extension of Time, it is:

ORDERED that the response deadline for Petitioner's Sealed Motion of June 21, 2013, dkt. no. 1717, shall be set for July 12, 2013, *nunc pro tunc*.

So ordered on this 19th day of July 2013.

_____
Royce C. Lamberth
United States District Judge