IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHARGOWI LNV, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| *Petitioner,* | ) | 09-cv-745 (RCL) |
| v. | ) | |
| | ) | |
| BARACK H. OBAMA, et al., | ) | |
| | ) | |
| *Respondents.* | ) | |
| | ) | |

## ORDER

Upon consideration of the motion for admission of counsel *pro hac vice*, it is hereby ordered that Jonathan D. Letzring is admitted *pro hac vice* for purposes of this case.

IT IS SO ORDERED.

DATED: 7/19/13

_____
UNITED STATES DISTRICT JUDGE