IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ADNAN AJAM (ISN 326),<br><br>*Petitioner*<br><br>v.<br><br>BARACK OBAMA, *et al.*,<br><br>*Respondents.* | Civil Action No. 09-745 (RCL) |

**PETITIONER'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE FIRST CLAIM OF PETITIONER'S <u>AMENDED PETITION FOR WRIT OF HABEAS CORPUS</u>**

David S. Marshall (Pursuant to L.Cv.R. 83.2(g))
Counsel for Petitioner
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED ADNAN AJAM (ISN 326),<br><br>    *Petitioner*<br><br>v.<br><br>BARACK OBAMA, *et al.*,<br><br>    *Respondents.* | Civil Action No. 09-745 (RCL) |

**PETITIONER'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE FIRST CLAIM OF PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to Fed. R. Civ. P. 56(a) and 57; L.Cv.R. 7(a) and 7(h)1; 28 U.S.C. §§ 2201(a); 2202; 2241(a), (c)(l) and (c)(3); and 2242, Petitioner seeks partial summary judgment as to the first claim for relief in the Amended Petition for Writ of Habeas Corpus. As grounds, he relies on the Statement of Undisputed Material Facts and Memorandum of Law filed herewith.

In addition, Petitioner requests an oral hearing pursuant to L.Cv.R. 7(f). A Proposed Order is attached.

WHEREFORE, Petitioner moves this Court for a declaration that Section 1028 of the National Defense Authorization Act for Fiscal Year 2013, Pub. L. No. 112-239, 126 Stat. 1632 (Jan. 2, 2013) is unconstitutional and void as applied to him.

Dated this 16th day of August, 2013.

Respectfully submitted,

David S. Marshall (Pursuant to L.Cv.R. 83.2(g))
Counsel for Petitioner
1001 Fourth Avenue, 44th Floor
Seattle, WA 98154-1192
Telephone: (206) 826-1400
Facsimile: (206) 389-1708
dmarshall@DavidSMarshall.com

2