IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AHMED ADNAN MOHAMMAD AHJAM (ISN 326),

Petitioner,

v.

BARACK OBAMA, *et al.*

Respondents.

Civil Action No. 09-745 (RCL)

### [~~PROPOSED~~] ORDER

Upon consideration of Petitioner's Motion for an Order Setting a Hearing Date, dkt. no. 1763, and Respondents' Opposition and Cross-Motion for a Stay of Briefing in Light of Lapse of Appropriations, it is hereby:

ORDERED that Petitioner's Motion is ~~DENIED~~ GRANTED; and Hearing on Partial Summary Judgment Set for Nov. 19, 2013, at 10 A.M.

It is FURTHER ORDERED that Respondent's Cross-Motion is ~~GRANTED; and~~ DENIED.

It is FURTHER ORDERED that the briefing schedule entered in the Order of this Court dated July 22, 2013 ~~shall be stayed until appropriations for the Department of Justice and Respondents have been restored; and~~

It is FURTHER ORDERED that, ~~once appropriations have been restored, counsel for Respondents shall notify this Court promptly; and~~

It is FURTHER ORDERED that, at that time, Respondents shall provide the Court with a Proposed Order containing dates for a revised briefing schedule.

Respondents' opposition due Oct. 30, 2013.
Petitioner's reply due Nov. 13, 2013.

IT IS SO ORDERED.

10/16/13
(Date)

_____
United States District Judge