AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| AHMED ADAN AHJAM, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:09 cv 00745 (RCL) |
| BARACK H. OBAMA, et al., | ) | |
| *Defendant* | ) | |
| | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner, Abdul Al Rahman Al Ziahri (ISN 441)                                                                                 .

Date:     08/06/2015

s/ Beth D. Jacob
*Attorney's signature*

Beth D. Jacob
*Printed name and bar number*

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
*Address*

bjacob@kelleydrye.com
*E-mail address*

(212) 808-7800
*Telephone number*

(212) 808-7897
*FAX number*