UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893),<br><br>ABDU LATIF NASSER (ISN 244),<br><br>SHARQAWI AL HAJJ (ISN 1457),<br><br>SANAD AL KAZIMI (ISN 1453),<br><br>SUHAIL AL SHARABI (ISN 569),<br><br>ABDUL RABBANI (ISN 1460),<br><br>AHMED RABBANI (ISN 1461),<br><br>ABDUL MALIK (ISN 10025),<br><br>　　　　　Petitioners,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　Respondents. | Case Nos.<br><br>04-cv-1194 (TFH) (ISN 569)<br><br>05-cv-764 (CKK) (ISN 244)<br><br>05-cv-1607 (RCL) (ISNs 1460, 1461)<br><br>05-cv-2386 (RBW) (ISNs 893, 1453)<br><br>08-cv-1440 (CKK) (ISN 10025)<br><br>09-cv-745 (RCL) (ISN 1457) |

## ORDER

Having considered Petitioners' Motion for Oral Argument on Motion for Order Granting Writ of Habeas Corpus, it is hereby

**ORDERED** that petitioners' motion is **GRANTED IN PART**. The Court hereby sets oral argument on petitioners' Motion for Order Granting Writ of Habeas Corpus for Wednesday, July 11, 2018 at 11:00 AM in Courtroom 26A. Aside from lead counsel, counsel who are not based in the District of Columbia may appear telephonically. It is further

**ORDERED** that respondents be prepared to discuss any policy related to petitioners' continued detention, including the status of policy recommendations issued pursuant to Executive Order 13,823, and the effect of those recommendations on petitioners. Exec. Order No. 13,823, 83 Fed. Reg. 4831 (Jan. 30, 2018).

**SO ORDERED.**

May 15, 2018

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE