# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHARQAWI AL HAJJ (ISN 1457),<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Respondents. | Civil Action No. 09-cv-745 (RCL) |

## RESPONDENTS' SUPPLEMENTAL STATUS REPORT

In response to a question from the Court at the September 6, 2019 status conference, Respondents have confirmed the statement by counsel for Petitioner that Petitioner's expert, Dr. Jess Ghannam, is approved to meet with a detainee; the detainee is a military commission accused (*i.e.*, defendant), and the meeting is in connection with the criminal case against that detainee. Consistent with Rule for Military Commissions 703,[1] resourcing for approved witnesses, consultants, and experts, including medical experts, for an accused in the military commissions system is provided by the Government. Dr. Ghannam, however, has not been employed by the Government to provide expert services on the Government's behalf or to provide medical care for, or consult regarding provision of such care to, detainees at Guantanamo.

---

[1] The rules are located in Part II of the Manual for Military Commissions (2019), available at: https://www.mc.mil/Portals/0/pdfs/Manual%20for%20Military%20Commissions%202019%20Edition.pdf .

| | |
|---|---|
| September 9, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>ALEXANDER K. HAAS<br>Director<br><br>*/s/ Terry M. Henry*<br>TERRY M. HENRY<br>RONALD J. WILTSIE (DC Bar #431562)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 514-4107<br>Fax: (202) 616-8470<br>E-mail: terry.henry@usdoj.gov<br><br>Attorneys for Respondents |